MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@armstrongteasdale.com

*Attorneys for Defendant Capital One Bank (USA) N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELLI MELLIZA,<br><br>  Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>  Defendant. | Case No.: 2:18-cv-02091-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT CAPITAL ONE BANK (USA), N.A.'S TO RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST) |

Defendant, Capital One Bank (USA), N.A. ("Capital One"), by and through its counsel of record Armstrong Teasdale LLP, and Plaintiff Angelli Melliza ("Plaintiff"), by and through her counsel of record, Higbee & Associates, hereby stipulate and agree, subject to this Court's approval, to continue the deadline for Capital One to answer or otherwise respond to the Complaint filed on October 31, 2018 (ECF No. 1), from January 2, 2019, to January 16, 2019, as Capital One requires additional time to investigate the allegations in the Complaint and prepare an appropriate response to same. This is the first request to continue this deadline.

Plaintiff filed her Complaint on October 31, 2018. ECF No. 1. On November 14, 2018, Capital One executed a Waiver of the Service of the Summons, which was filed on November 16, 2018. ECF No. 6. Capital One's current response deadline is January 2, 2019.

Good cause exists for the short continuance of the deadline for Capital One to answer or otherwise respond to the Complaint. Capital One requires additional time to investigate the allegations in the Complaint so that it may prepare an appropriate response to the same. Plaintiff has

1

agreed to the short continuance. This stipulation is made in good faith and not for purposes of delay or any other improper purpose.

The parties, therefore, stipulate and request that the Court enter an order approving the continuance of Capital One's deadline to answer or otherwise respond to the Complaint from January 2, 2019, to **January 16, 2019.**

DATED this 31st day of December, 2018.

**HIGBEE & ASSOCIATES**

By: /s/ Mathew K. Higbee
    MATHEW K. HIGBEE, ESQ.
    Nevada Bar No. 11158
    2445 Fire Mesa Street, Suite 150
    Las Vegas, Nevada 89128
    Telephone: 714.617.8352
    Facsimile: 866.534.7049
    mhigbee@higbeeassociates

*Attorney for Plaintiff Angelli Melliza*

DATED this 31st day of December, 2018.

**ARMSTRONG TEASDALE LLP**

By: /s/ Michelle D. Alarie
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Telephone: 702.678.5070
    Facsimile: 702.878.9995
    malarie@armstrongteasdale.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: January 4, 2019