UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGELLI MELLIZA,<br><br>       Plaintiff,<br> v.<br>CAPITAL ONE BANK (USA) N.A.,<br><br>       Defendant. | Case No. 2:18-cv-02091-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 18) |

This matter is before the court on the Substitution of Attorneys (ECF No. 18). Justin A. Shiroff of Ballard Spahr, LLP seeks leave to be substituted in the place of Michelle D. Alarie of Armstrong Teasdale LLP for defendant Capital One Bank. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 18) is **GRANTED**.
2. Justin A. Shiroff is substituted in the place of Michelle D. Alarie for defendant Capital One Bank, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 14th day of March 2019.

                    _____
                    PEGGY A. LEEN
                    UNITED STATES MAGISTRATE JUDGE