James A. Sellers, II
Oregon State Bar # 184404
Admitted *Pro Hac Vice*
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-4699
Fax: (657) 272-8944
Email: jamess@jlohman.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELLI MELIZZA,<br><br>       Plaintiffs,<br><br>     v.<br><br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 2:18-cv-02091-JCM-BNW |

### NOTICE OF SETTLEMENT

Plaintiff ANGELLI MELIZZA notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 18th day of June 2019.


By: */s/ James A. Sellers, II*
James A. Sellers II, Oregon Bar # 184404

- 1 -

NOTICE OF SETTLEMENT

1

**CERTIFICATE OF SERVICE**

2        I certify that on June 18, 2019 I filed Plaintiff ANGELLI MELIZZA's Notice of

3  Settlement using the CM/ECF system, which will provide notice to the following:

4  Justin A Shiroff
   Ballard Spahr LLP
5  1980 Festival Plaza Dr.,Suite 900
   Las Vegas, NV 89135
6  702-471-7000
   Fax: 702-471-7070
7  Email: shiroffj@ballardspahr.com
   LEAD ATTORNEY
8  ATTORNEY TO BE NOTICED

9

10                                              By: */s/ James A. Sellers, II*
                                                James Sellers, Bar # 184404
11                                              Admitted *Pro Hac Vice*
                                                The Law Offices of Jeffrey Lohman, P.C.
12                                              4740 Green River Road, Suite 310
                                                Corona, CA  92880
13                                              Tel. (657) 363-4699
                                                Fax.  (657) 272-8944
14                                              E: jamess@jlohman.com
                                                Attorney for Plaintiff, ANGELLI MELIZZA
15

16

17

18

19

20

21

22

23

24

25
                        - 2 -

NOTICE OF SETTLEMENT