James A. Sellers, II
Oregon State Bar No. 184404
Admitted *Pro Hac Vice*
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-4699
Fax: (657) 272-8944
Email: jamess@jlohman.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELLI MELIZZA, <br><br> Plaintiffs, <br><br> v. <br><br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No.: 2:18-cv-02091-JCM-BNW <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff ANGELLI MELIZZA ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

*[continued on following page]*

JOINT STIPULATION OF DISMISSAL

Respectfully submitted the 9th day of August 2019.

By: */s/ James A. Sellers, II*
James A. Sellers II, Oregon Bar No. 184404
Admitted *Pro Hac Vice*
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
*Attorney for Plaintiff*


By: */s/ Lindsay Demaree*
Lindsay Demaree, Nevada Bar No. 11949
Ballard Spahr LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
*Attorney for Defendant*

JOINT STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2019 a true and correct copy of the foregoing JOINT

STIPULATION OF DISMISSAL was filed using the CM/ECF system, which will provide

notice to the following:

Justin A Shiroff
Ballard Spahr LLP
1980 Festival Plaza Dr.,Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: shiroffj@ballardspahr.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

By: */s/ James A. Sellers, II*
James Sellers, Bar No. 184404
Admitted *Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
Tel. (657) 363-4699
Fax.  (657) 272-8944
E: jamess@jlohman.com
Attorney for Plaintiff, ANGELLI MELIZZA

JOINT STIPULATION OF DISMISSAL